# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2011

142858

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

STEPHANIE MARIE SCHIEPKE,
      Plaintiff-Appellant,

v

LATOYA SMILEY and SUBURBAN
MOBILITY AUTHORITY FOR REGIONAL
TRANSPORTATION,
      Defendant-Appellee.

SC: 142858
COA: 293192
Macomb CC: 2008-005182-NI

_____/

On order of the Court, the application for leave to appeal the February 24, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

t0620